HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ANGELA HERNANDEZ-FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr. S. 2:23-cr-00020-KJM |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION |
| v. | |
| ANGELA HERNANDEZ-FIELDS, | Judge: Hon. Kimberly J. Mueller |
| Defendant. | _____ |

Pursuant to 18 U.S.C. § 3564(c), the Court hereby TERMINATES the term of probation imposed in this case and discharges Ms. Hernandez-Fields for the reasons set forth in her unopposed Motion.

Dated:  August 29, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE